UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Matt C. Pierce

Plaintiff,

v.

Range Credit Bureau, Inc.

Defendant.

CIVIL 01-1149 PAM/JGL

**ORDER OF DISMISSAL**

---

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: November 21, 2001

**PAUL A. MAGNUSON,** Judge
United States District Court

NOV 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK